UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

CHRISTINE ALBERTO,

                        Plaintiff,

            -against-

MICHAEL MORALES OF THE NEW YORK
CITY POLICE DEPARTMENT, WILLIAM
PERRY OF THE NEW YORK CITY POLICE
DEPARTMENT, OFFICERS JOHN DOE OF
THE NEW YORK CITY POLICE
DEPARTMENT, NEW YORK CITY POLICE
COMMISSIONER WILLIAM J. BRATTON,
FIONNUALA O'DOHERTY, ASSISTANT
DISTRICT ATTORNEY OF THE NEW
YORK COUNTY DISTRICT ATTORNEY'S
OFFICE, MIREILLE DEE, ASSISTANT
DISTRICT ATTORNEY OF THE NEW
YORK COUNTY DISTRICT ATTORNEY'S
OFFICE, CYRUS R. VANCE, JR., DISTRICT
ATTORNEY OF THE NEW YORK
COUNTY DISTRICT ATTORNEY'S
OFFICE, THE NEW YORK COUNTY
DISTRICT ATTORNEY'S OFFICE, AND
THE CITY OF NEW YORK,

                      Defendants.

---

**15 cv 9449**

**NOTICE OF MOTION**

---

       PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law and papers

herein, the undersigned will move this Court at the United States Courthouse, 40 Foley Square, New

York, New York 10007, on a date to be determined by the court, for an order pursuant to 12(b)(6) of

the Federal Rules of Civil Procedure dismissing the complaint as to District Attorney Cyrus R. Vance,

Assistant District Attorney Fionnuala O'Doherty, Assistant District Attorney Mireille Dee and the

New York County District Attorney's Office for failure to state a claim upon which relief may be

granted, and for any other fair and equitable relief that may be appropriate.

CYRUS R. VANCE, JR.
District Attorney, New York County
as Special Assistant Corporation Counsel
One Hogan Place
New York, New York 10013
(212) 335-4364 (telephone)
(212) 335-4390 (facsimile)


By:     _____/S/_____
        Susan C. Roque
        Assistant District Attorney
               Of Counsel


TO:     *via ECF and regular mail*

        *Attorney for NYC defendants*

        Cherie N. Brown
        Assistant Corporation Counsel
        Special Federal Litigation Division
        New York City Law Department
        100 Church Street
        New York, New York 10007

        *Attorney for plaintiff*

        Montell Figgins, Esq.
        17 Academy Street, Suite 601
        Newark, New Jersey 07102