UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CHRISTINE ALBERTO, | |
| Plaintiff, | **15 cv 9449** |
| -against- | **DECLARATION** |
| MICHAEL MORALES OF THE NEW YORK CITY POLICE DEPARTMENT, WILLIAM PERRY OF THE NEW YORK CITY POLICE DEPARTMENT, OFFICERS JOHN DOE OF THE NEW YORK CITY POLICE DEPARTMENT, NEW YORK CITY POLICE COMMISSIONER WILLIAM J. BRATTON, FIONNUALA O'DOHERTY, ASSISTANT DISTRICT ATTORNEY OF THE NEW YORK COUNTY DISTRICT ATTORNEY'S OFFICE, MIREILLE DEE, ASSISTANT DISTRICT ATTORNEY OF THE NEW YORK COUNTY DISTRICT ATTORNEY'S OFFICE, CYRUS R. VANCE, JR., DISTRICT ATTORNEY OF THE NEW YORK COUNTY DISTRICT ATTORNEY'S OFFICE, THE NEW YORK COUNTY DISTRICT ATTORNEY'S OFFICE, AND THE CITY OF NEW YORK, | |
| Defendants. | |

SUSAN C. ROQUE, an attorney admitted to practice before this court, hereby declares the following to be true under penalty of perjury:

1) Annexed hereto as Exhibit "A" is a copy of the People's response to defendant's omnibus motion which appended the lease for the Rave PCS store in New York County and named Issa Chouman as the sole tenant.[1]

---

[1] The courtesy copies to be provided to the Court will be certified copies of all of the exhibits described herein.

2) Annexed hereto as Exhibit "B" is a copy of the indictment, New York County Indictment number 3944/2014.

3) Annexed hereto as Exhibit "C" is a copy of the warrant of arrest dated September 30, 2014.

4) Annexed hereto as Exhibit "D" is a copy of the court's decision and order regarding indictment number 3944/2014.

Dated: New York, New York
March 15, 2016

_____
Susan C. Roque