# EXHIBIT "B"

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK

---

THE PEOPLE OF THE STATE OF NEW YORK

-against-

Christine Alberto,

Defendant.

---

THE GRAND JURY OF THE COUNTY OF NEW YORK, by this indictment, accuses the defendant of the crime of **BURGLARY IN THE THIRD DEGREE**, in violation of Penal Law §140.20, committed as follows:

The defendant, in the County of New York, during the period from on or about June 13, 2014 and or about June 14, 2014, knowingly entered and remained unlawfully in the building of Issa Chouman with intent to commit a crime therein.

SECOND COUNT:

AND THE GRAND JURY AFORESAID, by this indictment, further accuses the defendant of the crime of **GRAND LARCENY IN THE THIRD DEGREE**, in violation of Penal Law §155.35(1), committed as follows:

The defendant, in the County of New York, during the period from on or about June 13, 2014 and on or about June 14, 2014, stole property from Issa Chouman and the value of the property exceeded three thousand dollars.

DATE
I hereby certify that the foregoing MAR 0 1 2016
paper is a true copy of the original
thereof, filed in my office.

County Clerk and Clerk of the
Supreme Court New York County
OFFICIAL USE

CYRUS R. VANCE, JR.
District Attorney

GJ #-

Filed:

NA

No.

*[MAR 0 1 2016 stamp with County Clerk certification]*

THE PEOPLE OF THE STATE OF NEW YORK

-against-

Christine Alberto,

Defendant.

BURGLARY IN THE THIRD DEGREE, P.L. §140.20
GRAND LARCENY IN THE THIRD DEGREE, P.L. §155.35(1)

INDICTMENT

CYRUS R. VANCE, JR., District Attorney

A True Bill

Fionnuala O'Doherty
Trial Bureau 30

Foreman