EXHIBIT "C"

# SUPREME COURT OF THE STATE OF NEW YORK

☒ WARRANT OF ARREST
☐ BENCH WARRANT    Part   31    County   NEW YORK    3944-2014
☐ WARRANT

    Supreme Court Number/Year

In the Name of the People of the State of New York: To any Police Officer of the City of New York.

An Accusatory instrument having been filed with this Court

charging   CHRISTINE ALBERTO       . the defendant in the criminal action herein,

with the commission of the Felony of BURGLARY IN THE THIRD DEGREE   • and

☒ the defendant not having been arraigned upon the accusatory instrument by which this criminal action against him was commenced and this Court requiring his appearance before it for the purpose of arraignment,

☐ the defendant having been arraigned upon the accusatory instrument by which this criminal action against him was commenced and this criminal action being pending in this Court and this Court requiring his appearance before it,

☐ the defendant having been convicted of _____
and having been sentenced to _____
and this Court requiring his appearance before it,

You are, therefore, commanded forthwith to arrest the defendant named above and bring him before this Court without unnecessary delay,

09/30/2014
Dated: City of New York      By Order of the Court _____

Justice of the Supreme Court
Court Clerk

Bail Condition Violated _____

**NA**

C-CR-37-1 /77

## PRINT or TYPE ALL INFORMATION CAPTIONS

| ENTERED NCIC NO. | ENTERED -DCJS NO. | ENTERED LOCAL NO. | CANCELLED DATE | | | MO | DAY | YR |
|---|---|---|---|---|---|---|---|---|
| | | | NCIC | DCJS | LOCAL | | | |
| V | WPR NO. | | | | | | | |

| DEFENDANT'S LAST NAME, FIRST, M.I. | | | 2. SEX | 3. RACE | 4. DATE OF BIRTH | 5. HGT. | 6. WGT. | 7. EYE COLOR | 8. HAIR COLOR | 9. SKIN TONE |
|---|---|---|---|---|---|---|---|---|---|---|
| ALBERTO, CHRISTINE | | | F | | MO 05 DAY 21 YR 9 3 | | | | | |

| 10. MNU | NYSID NUMBER (NYIIS) | 11. SOCIAL SECURITY NO. | 12. DRIVER'S LICENSE NUMBER | ( ) OPER. | ( ) CHAUF. |
|---|---|---|---|---|---|
| OA-NY | | | | | |

| 12A. STATE | 12B. YEAR LIC. EXP. | 13. OFFENSE | 14. DATE OF WARRANT | | | 15. NYCPD WARRANT DIVISION SERIAL NO. | 16. COURT INDICTMENT NUMBER |
|---|---|---|---|---|---|---|---|
| | | | MO | DAY | YR | OCA 578 RI NONDRIVER ID# 3091644 | |

| 17. DEFENDANT'S VEH. REG. NO. | 18. CRIM. COURT DOCKET NO. | YR. | 19. MISC. INFORATION VIOLATION OF PROBATION WARRANTS, INSERT NAME AND TELEPHONE NO. OF PROBATION OFFICER (ALSO - MARKS, SCARS, B#, FPI # |
|---|---|---|---|

| 20A. DEFENDANT'S RESIDENCE ADDRESS | 20B. APT. NO. | 21. BORO, TOWN, CITY, STATE | ZIP CODE | 22 DEF RES. PCT | 23. DATE OF ARREST | | | 24. PCT. OF ARR. |
|---|---|---|---|---|---|---|---|---|
| 8 GRANT AVE. | 2R | LINCOLN, R.I. | 02865 | | MO | DAY | YR | |

| 25. ARREST NO. | 26. CHARGE: PENAL LAW | 27. CRIME CLASS | 28. NAME & ADDRESS, NEXT OF KIN |
|---|---|---|---|
| | 140.20 | ☒ F ☐ M ☐ V | |

| 29.ARRESTING OFFICER'S LAST NAME | FIRST | | 30. TAX. REG. NO. | 31. SHIELD NO. | 32. DEPT./AGENCY | 33. COM'D CODE |
|---|---|---|---|---|---|---|
| | | M | | | | |

| 34.DEFENDANT'S LAST NAME | | | ADDRESS | | TEL NO. |
|---|---|---|---|---|---|
| AKA'S | | | | | |

*(stamp)* MAR 0 2016   DATE   I hereby certify that the foregoing paper is a true copy of the original thereof, filed in my office.

Milton Adair Tingling
County Clerk and Clerk of the Supreme Court New York County
OFFICIAL USE

## FOR CENTRAL WARRANT UNIT USE ONLY

| VERIFIED ACTIVE, NAME | SHIELD NO. | WARRANT EXECUTED | | | DATE MO DAY YR | ATTACH POLAROID PHOTO USE SCOTCH TAPE |
|---|---|---|---|---|---|---|
| | | ARR. | VS | C.T | | |

| C.O.W. NAME | COM'D | TAX | DATE OF ARREST MO DAY YR |
|---|---|---|---|

NOTE:
If the Polaroid Photo was not attached to this form, indicate by signing your name in the appropriate space.

| WD. DATE MO DAY YR | PAGE NO | COMMANDS | | CODE |
|---|---|---|---|---|
| | | | | |

| LODGED DATE MO DAY YR | 0 | LOCATION | ID NUMBER |
|---|---|---|---|
| | 0 | | |

| C. CHECK DATE MO DAY YR | No RESULT | | | INITIALS |
|---|---|---|---|---|
| | | | | |

| F.P.I. DATE MO DAY YR | FAX NO.. | ARR. OFF. COM'D | A/O TAX REG. NO. | DATE MO DAY YR | signature |
|---|---|---|---|---|---|
| | | | | | |

| | | | | | date |

INSTRUCTIONS TO CLERKS: District Attorneys Office/Supreme Court /Probation Office
. Attach the Criminal Court Warrant Form (PD374-152) located in the Supreme Court Case Jacket.
. The Police Department will complete all information captions which are shaded.

WARRANT INVESTIGATION REPORT (PD 374-1591-REV. 1/77)
ORIGINAL/DUPLICATE TO WARRANT DIVISION - TRIPLICATE TO COURT