**DISTRICT ATTORNEY**
COUNTY OF NEW YORK
ONE HOGAN PLACE
New York, N. Y. 10013
(212) 335-9000



**CYRUS R. VANCE, JR.**
DISTRICT ATTORNEY

March 18, 2016

VIA ECF
Honorable Alison J. Nathan
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

Re: *Alberto v. Morales, et al.*
15 cv 9449

Dear Judge Nathan:

I am an Assistant District Attorney in the Special Litigation Bureau of the New York County District Attorney's Office ("DANY") and I represent District Attorney Cyrus R. Vance, Jr., Assistant District Attorneys Fionnuala O'Doherty and Mireille Dee and DANY, defendants in the above-captioned matter. I submit this letter to respectfully request an adjournment of the initial pretrial conference that has been scheduled before you for April 29, 2016 at 2:15 pm (Docket entry 33).

The reason for my request is that I will be on vacation in Florida on April 29, 2016. My son's school spring break vacation begins on the 22nd of April and we will be driving to Florida on that date to return to New York on May 2, 2016. I have communicated with counsel for plaintiff, Montell Figgins, and counsel for the City defendants, Cherie Brown who have both agreed to consent to my request and are available Friday, May 13, 2016. If that date is inconvenient to the Court, we are also available May 27, 2016 and June 1, 2016.

Thank you for your consideration of this request.

Sincerely,

Susan C. Roque
Assistant District Attorney
Special Litigation Bureau
(212) 335-9209