**DISTRICT ATTORNEY**
COUNTY OF NEW YORK
ONE HOGAN PLACE
New York, N. Y. 10013
(212) 335-9000



**CYRUS R. VANCE, JR.**
DISTRICT ATTORNEY

March 22, 2016

VIA ECF
Honorable Alison J. Nathan
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

Re: *Alberto v. Morales, et al.*
    15 cv 9449

Dear Judge Nathan:

    I am an Assistant District Attorney in the Special Litigation Bureau of the New York County District Attorney's Office ("DANY") and I represent District Attorney Cyrus R. Vance, Jr., Assistant District Attorneys Fionnuala O'Doherty and Mireille Dee and DANY, defendants in the above-captioned matter. I am writing in regards to the initial pretrial conference scheduled by the Court and the assignment of this case to a mediator under the 1983 Plan. As the Court may be aware, on March 15, 2016 I filed and served a motion seeking dismissal of all claims against my clients, which, if granted, would result in their removal from this case. Under the 1983 Plan, a motion to dismiss by any defendant automatically stays discovery with respect that defendant. *See*, 83.10 §(3) ["If any defendant moves to dismiss the entire complaint rather than filing an answer, the deadlines in this Rule shall be stayed unless the Court orders otherwise."]

    Accordingly, I am not planning to participate in discovery or in the mediation, unless the Court interprets the Plan otherwise in which case I respectfully request the opportunity to formally move for a stay.

    Thank you for your consideration.

Sincerely,

Susan C. Roque
Assistant District Attorney
Special Litigation Bureau
(212) 335-9209