# LAW OFFICES OF MONTELL FIGGINS

17 Academy Street, Suite 601
Newark, New Jersey 07102
Phone: (973) 242-4700
Fax: (973) 242-4701
*www.figginslaw.com*

BRANCH OFFICES:

| | | |
|---|---|---|
| 140 East Ridgewood Avenue<br>Paramus, NJ 07045 | 30 Wall Street, 8th Floor<br>New York, NY 10005 | 1199 Route 22 East<br>Mountainside, NJ 07096 |

ASSOCIATES
Kenneth E. Brown, Esq.
Kristen Bloschak
Dennis Hickerson-Breedon
Hieu Scott Le

**Reply to Newark Office [X]**

March 23, 2016

**SENT VIA ECF**
Honorable Alison J. Nathan
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10008

        **RE:**    **Alberto v. Morales, et al.**
                  **15-cv-9449**

Dear Judge Nathan,

    I, Montell Figgins, Esq., attorney for Plaintiff Christine Alberto in the above-captioned matter, is writing to notify the Court and Plaintiff's adversaries that Plaintiff will rely on the pleading being attacked by Defendants District Attorney Cyrus R. Vance, Jr., Assistant District Attorneys Fionnuala O'Doherty, Mireille Dee, and the New York County District Attorney's motion to dismiss pursuant to Rule 3.F of the Court's Individual Practices in Civil Cases.

                                                   Regards,

                                                   Montell Figgins, Esq.

cc:

Susan C. Roque, attorney for Defendants Vance, Fionnuala, Dee, and DANY
Cherie N. Brown, attorney for Defendants