IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| CHRISTINE ALBERTO,<br>              Plaintiff(s)<br><br>v.<br><br><br><br>MICHAEL MORALES OF THE NEW YORK CITY POLICE DEPARTMENT; WILLIAM PERRY OF THE NEW YORK CITY POLICE DEPARTMENT; OFFICERS JOHN DOE OF THE NEW YORK CITY POLICE DEPARTMENT; NEW YORK CITY POLICE COMMISSIONER, WILLIAM J. BRATTON; FIONNUALA O'DOHERTY, ASSISTANT DISTRICT ATTORNEY OF THE NEW YORK COUNTY DISTRICT ATTORNEY'S OFFICE; MIREILLE DEE, ASSISTANT DISTRICT ATTORNEY OF THE NEW YORKCOUNTY DISTRICT ATTORNEY'S OFFICE; CYRUS R. VANCE, JR., DISTRICT ATTORNEY OF THE NEW YORK COUNTY DISTRICT ATTORNEY'S OFFICE; THE NEW YORK COUNTY DISTRICT ATTORNEY'S OFFICE; ANDTHE CITY OF NEW YORK<br>            ,<br>              Defendant(s) | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | **STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)**<br><br>Case No.: 1:15-cv-09449-AJN |

**STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)**

     IT IS HEREBY STIPULATED AND AGREED by and between the parties and/or their respective counsel(s) that the above-captioned action is voluntarily dismissed, without prejudice against the defendant(s) **THE NEW YORK DISTRICT ATTORNEY's OFFICE; FIONNUALA O'DOHERTY; MIREILLE DEE; and CYRUS R. VANCE, JR.** pursuant to the Federal Rules of Civil Procedure 41(a)(1)(A)(ii).

_____
Signature of plaintiffs or plaintiff's counsel

17 Academy St., Suite 305
_____
Address

Newark   NJ   07102
_____
City, State & Zip Code

(973) 242-4700
_____
Telephone Number

Dated: 4/1/16

_____
Signature of defendants or defendant's counsel

NY County DA's Office
One Hogan Place
_____
Address

New York, NY 10002
_____
City, State & Zip Code

(212) 335-9209
_____
Telephone Number

Dated: 4/1/16