Nathan, O.

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

CHRISTINE ALBERTO,
        Plaintiff(s)

v.

MICHAEL MORALES OF THE NEW
YORK CITY POLICE DEPARTMENT;
WILLIAM PERRY OF THE NEW YORK
CITY POLICE DEPARTMENT; OFFICERS
JOHN DOE OF THE NEW YORK CITY
POLICE DEPARTMENT; NEW YORK CITY
POLICE COMMISSIONER, WILLIAM J.
BRATTON; FIONNUALA O'DOHERTY,
ASSISTANT DISTRICT ATTORNEY OF
THE NEW YORK COUNTY DISTRICT
ATTORNEY'S OFFICE; MIREILLE DEE,
ASSISTANT DISTRICT ATTORNEY OF THE
NEW YORKCOUNTY DISTRICT
ATTORNEY'S OFFICE;
CYRUS R. VANCE, JR., DISTRICT
ATTORNEY OF THE NEW YORK
COUNTY DISTRICT ATTORNEY'S OFFICE;
THE NEW YORK COUNTY DISTRICT
ATTORNEY'S OFFICE; ANDTHE CITY OF
NEW YORK
,
        Defendant(s)

STIPULATION OF
VOLUNTARY DISMISSAL
PURSUANT TO F.R.C.P.
41(a)(1)(A)(ii)

Case No.: 1:15-cv-09449-AJN

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: APR 04 2016

## STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)

IT IS HEREBY STIPULATED AND AGREED by and between the parties and/or their respective counsel(s) that the above-captioned action is voluntarily dismissed, without prejudice against the defendant(s) **THE NEW YORK DISTRICT ATTORNEY's OFFICE; FIONNUALA O'DOHERTY; MIREILLE DEE;** and **CYRUS R. VANCE, JR.** pursuant to the Federal Rules of Civil Procedure 41(a)(1)(A)(ii).

*[signature]*
Signature of plaintiffs or plaintiff's counsel

17 Academy St., Suite 305
Address

Newark, NJ 07102
City, State & Zip Code

(973) 242-4700
Telephone Number

Dated: 4/1/16

*[signature: Susan P Rojae]*
Signature of defendants or defendant's counsel

NY County DA's office
One Hogan Place
Address

New York, NY 10002
City, State & Zip Code

(212) 335-9209
Telephone Number

Dated: 4/1/16

**SO ORDERED:** 4/4/16

*[signature]*
U.S.D.J.