USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: MAY 09 2016

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

Christine Alberto,

        Plaintiff,

—v—

Michael Morales, *et al.*,

        Defendant.

---

15-cv-9449 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

    An initial pretrial conference in this case is scheduled for May 13, 2016, at 12:15 pm. Dkt. Nos. 33, 35. Pursuant to the Court's Individual Rules and the order setting the pretrial conference, the parties were instructed to file a Proposed Civil Case Management Plan and Scheduling Order no later than seven days prior to the conference, meaning no later than May 6, 2016. No such document was filed. The parties are hereby ORDERED to file the Proposed Civil Case Management Plan and Scheduling Order no later than May 11, 2016.

    SO ORDERED.

Dated: May 9, 2016
New York, New York

                                      ALISON J. NATHAN
                                   United States District Judge

1