```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: AUG 22 2016
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Christine Alberto,

            Plaintiff,

–v–

Michael Morales, *et al.*,

            Defendants.

15-cv-9449 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

    The Initial Pretrial Conference currently set for Friday, August 26, 2016 at 2:00 pm is hereby re-scheduled to 10:45 am on the same date in Courtroom 906 of the United States District Court for the Southern District of New York, Thurgood Marshall U.S. Courthouse at 40 Foley Square, New York, New York.

    SO ORDERED.

Dated: August 22, 2016
       New York, New York

_____
ALISON J. NATHAN
United States District Judge