

ZACHARY W. CARTER
*Corporation Counsel*

**SO ORDERED:**

[signature] 8/25/16

HON. ALISON J. NATHAN
UNITED STATES DISTRICT JUDGE

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

CHERIE BROWN
*Assistant Corporation Counsel*
Phone: (212) 356-5054
Fax: (212) 356-3509
chebrown@law.nyc.gov

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: AUG 25 2016

August 24, 2016

**VIA ECF**
Honorable Alison J. Nathan
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

> The initial pretrial conference scheduled for August 26, 2016 is adjourned to September 23, 2016 at 2:15 p.m.
> SO ORDERED.

     Re:    <u>Christine Alberto v. Michael Morales, et al.</u>, 15 Civ. 9449 (AJN)

Your Honor:

     I am an Assistant Corporation Counsel in the Office of Zachary W. Carter, Corporation Counsel of the City of New York, representing Defendant City of New York and Police Commissioner William Bratton in the above-referenced matter. I write to the Court on behalf of Defendants City and Bratton to respectfully request an adjournment of the initial conference presently scheduled for 10:45am on Friday, August 26, 2016. Plaintiff's Counsel Montell Figgins, Esq. consents to this request.

     By way of background, by Order dated August 22, 2016, the Court rescheduled the Initial Conference originally set for August 26, 2016 at 2:00 pm to 10:45 am on the same date. (Docket No. 49). The undersigned has a conference in another matter presently scheduled for 09:30am in a different courthouse and because of this will not be able to attend a conference at 10:45am in this matter. As per Your Honor's rules, the parties conferred to identify three mutually agreeable alternate Friday mornings before Defendants made this request. Plaintiff's counsel has indicated that he will not be available September 2nd or 9th, and the undersigned will be unavailable September 16th. Accordingly, the earliest mutually agreeable Friday morning is September 23, 2016.

     In light of the foregoing, Defendants City and Bratton respectfully request that the initial conference presently scheduled for 10:45am on Friday, August 26, 2016 be adjourned to September 23rd, September 30th, or October 3rd should those dates be convenient for the Court.