UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

Christine Alberto,

        Plaintiff,

–v–

Michael Morales, *et al.*,

        Defendants.

---

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: SEP 26 2016

15-cv-9449 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

    On September 23, 2016, the Court held an initial pretrial conference in this case. At that conference, the Court ordered that Plaintiff's amended complaint be filed by October 24, 2016. No further extensions will be granted. Upon the filing of the amended complaint, the Defendants shall have the time specified in the Federal Rules of Civil Procedure to file an answer or motion to dismiss.

    With the exception of the Rhode Island transcript and medical records discussed at the conference, discovery shall be stayed pending the filing of the amended complaint and Defendants' response. If Defendants choose to answer rather than file a motion to dismiss, the parties shall submit a new joint letter and proposed case management plan within two weeks of the filing of the answer.

    SO ORDERED.

Dated: September 26, 2016
       New York, New York

                              ALISON J. NATHAN
                             United States District Judge