USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: OCT 25 2016

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Christine Alberto,

    Plaintiff,

—v—

Michael Morales, *et al.*,

    Defendants.

15-cv-9449 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

    On September 23, 2016, the Court held an initial pretrial conference in this case. At the conference, Plaintiff indicated her desire to file an amended complaint. Instead of issuing a Case Management Plan ("CMP"), the Court issued a Scheduling Order that required Plaintiff to, among other things, file her amended complaint by October 24, 2016. Dkt No. 52. The Order also stated that the Court would not entertain further requests for an extension to file an amended complaint. No amended complaint was filed.

    By November 3, 2016, the parties shall submit a new joint letter and proposed case management plan. After receiving the submissions, the Court will issue a CMP and schedule a post-discovery conference.

    SO ORDERED.

Dated: October 25, 2016
New York, New York

_____
ALISON J. NATHAN
United States District Judge