# The Law Offices of MONTELL FIGGINS, LLC

17 Academy Street, Suite 305
Newark, New Jersey 07102
Phone: (973) 242-4700
Fax:    (973) 242-4701
www.figginslaw.com

*BRANCH OFFICES:*

| 51 John F. Kennedy Parkway<br>Short Hills, NJ 07078 | 30 Wall Street, 8th Floor<br>New York, NY 10005 | 20 Banta Place, Suite 203<br>Hackensack, NJ 07601 |
|---|---|---|

**Reply to Newark Office [X]**

<u>OF COUNSEL</u>
Erlina Perez, Esq.

<u>ASSOCIATES</u>
Kenneth E. Brown, Esq.
Sterling Santamaria, Esq.
Christa M. Spinelli, Esq.
Dennis Hickerson-Breedon
Hieu Scott Le

November 1, 2016

**VIA REGULAR MAIL**
The Honorable Alison J. Nathan
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

  **Re:** **<u>Alberto v. Morales, et al.</u>**
    Docket No.: 1:15-cv-09449-AJN

Dear Your Honor,

  The Law Office of Montell Figgins, attorney for plaintiff Christine Alberto, in the above-referenced case, is writing with regard to the Amended Complaint we attempted to file via ECF on Wednesday, October 26, 2016. On September 26, 2016, Your Honor ordered plaintiff to file an amended complaint by October 24, 2016. However, by mistake, our law office noted that the deadline to file an Amended Complaint as October 26, 2016 and filed the Amended Complaint and requests for summons of newly identified defendants accordingly. On October 27, 2016 our office was notified that the Amended Complaint was rejected due a deficiency that Court's leave was not granted. Our law office was further instructed to attach the Exhibit to Pleading found under the event list Other Documents and attach either opposing party's written consent or Court's leave.

  Since October 27, 2016, our have obtained written consent from opposing counsel via email for us to file the Amended Complaint. Our law office does not know whether we need to file a consent order or file a motion for leave to amend. Please advise our law office the proper course of action to have the Amended Complaint filed.

**The Law Offices of MONTELL FIGGINS, LLC**

17 Academy Street, Suite 305
Newark, New Jersey 07102
Phone: (973) 242-4700
Fax:    (973) 242-4701
www.figginslaw.com

*BRANCH OFFICES:*

| 51 John F. Kennedy Parkway<br>Short Hills, NJ 07078 | 30 Wall Street, 8th Floor<br>New York, NY 10005 | 20 Banta Place, Suite 203<br>Hackensack, NJ 07601 |
|---|---|---|

**Reply to Newark Office [X]**

OF COUNSEL
Erlina Perez, Esq.

ASSOCIATES
Kenneth E. Brown, Esq.
Sterling Santamaria, Esq.
Christa M. Spinelli, Esq.
Dennis Hickerson-Breedon
Hieu Scott Le

You may contact us by phone at (973) 242-4700 or by email at figginslaw@gmail.com.

Respectfully,

  /s/Montell Figgins
Christa M. Spinelli, Esq.
Law Offices of Montell Figgins
17 Academy St., Suite 305
Newark, NJ 07102

Dated: November 1, 2016