UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

Christine Alberto,

            Plaintiff,

—v—

Michael Morales, *et al.*,

            Defendants.

---

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: NOV 0 2 2016

15-cv-9449 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

    The Court grants Plaintiff's unopposed request to file the amended complaint. The Plaintiff shall file her amended complaint on ECF. The Defendants shall have the time specified in the Federal Rules of Civil Procedure to file an answer or motion to dismiss. Discovery shall remain stayed pending the filing of Defendants' response. If Defendants choose to answer rather than file a motion to dismiss, the parties shall submit a new joint letter and proposed case management plan within two weeks of the filing of the answer.

    SO ORDERED.

Dated: November 2, 2016
New York, New York

_____
ALISON J. NATHAN
United States District Judge