UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

Christine Alberto,

        Plaintiff,

    –v–

Michael Morales, *et al.*,

        Defendants.

---

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: JAN 05 2017

15-cv-9449 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

    According to the Court's November 2, 2016 Order, if Defendants decided to file an answer to Plaintiff's amended complaint rather than a motion to dismiss, the parties were required to "submit a new joint letter and proposed case management plan within two weeks of the filing of the answer." Dkt No. 59. Defendants filed an answer on December 19, 2016. Accordingly, a new joint letter and proposed case management plan was due January 3, 2017. No such submissions were filed.

    By January 11, 2017, the parties shall file the new joint letter and proposed case management plan.

SO ORDERED.

Dated: January 5, 2017
New York, New York

                                            ALISON J. NATHAN
                                          United States District Judge