UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Christine Alberto,

        Plaintiff,

–v–

Michael Morales, *et al.*,

        Defendants.

15-cv-9449 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

    The post-discovery conference scheduled for July 26, 2017 is adjourned *sine die*.

SO ORDERED.

Dated: July \_\_\_, 2017
       New York, New York

_____
ALISON J. NATHAN
United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: JUL 1 1 2017