UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
CHRISTINE ALBERTO,                                :

                                                        :   ORDER
                Plaintiffs,       15 Civ. 9449 (AJN) (GWG)

        -v.-                                                   :

                                                       :
MICHAEL MORALES et al.,

                                                     :

               Defendants.         :
-----------------------------------------------------------------X

**GABRIEL W. GORENSTEIN, United States Magistrate Judge**

      A telephone conference to discuss the discovery dispute raised in the letter dated July 6, 2017 (Docket # 74), will take place on <u>Thursday, July 20, 2017, at 4:00 p.m.</u>  Counsel for defendants shall arrange for this call with all relevant parties and shall call Chambers at (212) 805-4260 at that time with all parties on the line.[1]  Counsel should <u>not</u> use a speakerphone when addressing the Court during the call and must use a landline. It is the Court's intention to decide the dispute based on the parties' letters unless a party shows good cause in advance of the conference why formal briefing should be required.  <u>A responsive letter must be filed by July 14, 2017</u>.

      Upon receipt of this order each attorney is directed to ensure that all other attorneys or unrepresented parties on the case are aware of the conference date and time.  The parties should follow paragraph 1. F of this Court's Individual Practices (available at: www.nysd.uscourts.gov/judge/Gorenstein) for any request for an adjournment.

      SO ORDERED.

Dated: July 12, 2017
       New York, New York

*/s/ Gabriel W. Gorenstein*
GABRIEL W. GORENSTEIN
United States Magistrate Judge

---

[1] If the call is arranged through a commercial conference service, counsel arranging the call may telephone chambers at the time of the conference and inform chambers of the telephone number and access code that Chambers should use to dial into the call.  Only a toll-free service should be used.