

**ZACHARY W. CARTER**
*Corporation Counsel*

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

**CHERIE N. BROWN**
*Assistant Corporation Counsel*
Phone: (212) 356-5054
Fax: (212) 356-3509
chebrown@law.nyc.gov

July 17, 2017

**VIA ECF**
Honorable Gabriel W. Gorenstein
United States MagistrateJudge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:   Christine Alberto v. Michael Morales, et al.
         15 Civ. 9449 (AJN)

Your Honor:

I am an Assistant Corporation Counsel in the Office of Zachary W. Carter, Corporation Counsel of the City of New York, and I am assigned to represent defendants City of New York, Detective Michael Morales, and Detective Conrad Perry (hereinafter "Defendants") in the above-referenced matter. Pursuant to my telephone discussion with Your Honor's Chambers on July 17, 2017, I write to the Court on behalf of Defendants to respectfully request an adjournment of the telephone conference presently scheduled for 4:00pm on Thursday, July 20, 2017. Plaintiff's counsel, Montell Figgins, Esq., consents to this request.

By way of background, by Order dated July 11, 2017 the Court scheduled a telephone conference for Thursday July 20, 2017, at 4:00pm, to discuss the discovery dispute raised in Defendants' letter dated July 6, 2017. (Doc. No. 77) The undersigned has a conference in another matter which was previously scheduled for 4:00pm on July 20, 2017 before the Honorable Katherine Polk Failla, United States District Judge, and therefore is unable to attend a telephone conference at 4:00pm in this matter.

In light of the foregoing, Defendants respectfully request that the telephone conference presently scheduled for 4:00pm on Thursday, July 20, 2017, be adjourned to a time between 10:00am and 11:45am on Thursday, July 20, 2017, should those times be convenient for the Court.

- 2 -

Thank you for your consideration in this regard.

                                                Respectfully submitted,

                                                /s/

                                                Cherie Brown
                                                Assistant Corporation Counsel
                                                Special Federal Litigation Division

Cc:    **VIA ECF**
        Montell Figgins, Esq.
        Law Offices of Montell Figgins
        17 Academy St., Suite 305
        Newark, NJ 07102
        Phone: (973) 242-4700
        montellesq@yahoo.com