


ZACHARY W. CARTER
*Corporation Counsel*

# THE CITY OF NEW YORK
# LAW DEPARTMENT
100 CHURCH STREET
NEW YORK, NY 10007

CHERIE N. BROWN
*Assistant Corporation Counsel*
Phone (212) 356-5054
Fax (212) 356-3509
chebrown@law.nyc.gov

July 17, 2017

**VIA ECF**
Honorable Gabriel W. Gorenstein
United States Magistrate Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Conference time changed to 10:00 a.m. on July 20, 2017.

SO ORDERED: Date: 7/18/17
GABRIEL W. GORENSTEIN
UNITED STATES MAGISTRATE JUDGE

Re: Christine Alberto v. Michael Morales, et al.
15 Civ. 9449 (AJN)

Your Honor:

    I am an Assistant Corporation Counsel in the Office of Zachary W. Carter, Corporation Counsel of the City of New York, and I am assigned to represent defendants City of New York, Detective Michael Morales, and Detective Conrad Perry (hereinafter "Defendants") in the above-referenced matter. Pursuant to my telephone discussion with Your Honor's Chambers on July 17, 2017, I write to the Court on behalf of Defendants to respectfully request an adjournment of the telephone conference presently scheduled for 4:00pm on Thursday, July 20, 2017. Plaintiff's counsel, Montell Figgins, Esq., consents to this request.

    By way of background, by Order dated July 11, 2017 the Court scheduled a telephone conference for Thursday July 20, 2017, at 4:00pm, to discuss the discovery dispute raised in Defendants' letter dated July 6, 2017. (Doc. No. 77) The undersigned has a conference in another matter which was previously scheduled for 4:00pm on July 20, 2017 before the Honorable Katherine Polk Failla, United States District Judge, and therefore is unable to attend a telephone conference at 4:00pm in this matter.

    In light of the foregoing, Defendants respectfully request that the telephone conference presently scheduled for 4:00pm on Thursday, July 20, 2017, be adjourned to a time between 10:00am and 11:45am on Thursday, July 20, 2017, should those times be convenient for the Court.