UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
CHRISTINE ALBERTO,                                :

                                                                :    ORDER
                        Plaintiff,                         :    15 Civ. 9449 (AJN) (GWG)
                                                                :
        -v.-
                                                                :
MICHAEL MORALES et al.,
                                                                :

                        Defendants.                    :
-------------------------------------------------------------X

**GABRIEL W. GORENSTEIN, United States Magistrate Judge**

      Discovery in this matter closed on July 11, 2017.  (Docket # 73).  When Judge Nathan set the July 11, 2017, deadline, she ordered that there would be "no further extensions." (Id.)

      Defendants wrote to the Court on July 6, 2017, stating that plaintiffs had failed to respond to any of defendants' written discovery requests, and had not responded to an email seeking those responses and also seeking to schedule plaintiff's deposition.  Plaintiff belatedly served responses to defendants' discovery requests following defendants' letter.  (See Docket # 78).  At a telephone conference held today, plaintiff's counsel admitted he had failed to respond to defendants' inquiries regarding the scheduling of plaintiff's deposition.

      Given that defendants cannot be faulted for not completing discovery by the July 11, 2017 deadline, the Court will extend the discovery deadline, but only for defendants and only to the following extent: (1) in the event they believe plaintiff's discovery responses are insufficient, and a conference among counsel does not resolve the issue, defendants may file a letter raising the dispute provided they do so by July 27, 2017 and in accordance with paragraph 2.A of the Court's Individual Practices; (2) defendants may depose plaintiff, provided the deposition takes place on or before August 17, 2017.  No other discovery is permitted.

      SO ORDERED.

Dated: July 20, 2017
      New York, New York

_____
GABRIEL W. GORENSTEIN
United States Magistrate Judge