UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Christine Alberto,

        Plaintiff,

—v—

Michael Morales, *et al.*,

        Defendants.

15-cv-9449 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

    In light of the Magistrate Judge's July 20, 2017 Order extending the discovery schedule in part, *see* Dkt No. 81, the Court hereby schedules a post-discovery conference for September 29, 2017 at 3:15 pm.

SO ORDERED.

Dated: July 31, 2017
New York, New York

_____
ALISON J. NATHAN
United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: JUL 3 1 2017