Nathan, A.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------- x

CHRISTINE ALBERTO,

                            Plaintiff,

                 -against-

THE CITY OF NEW YORK, NICHOLAS ESTAVILLO
OF THE NEW YORK CITY POLICE DEPARTMENT,
MICHAEL MORALES OF THE NEW YORK CITY
POLICE DEPARTMENT, and CONRAD PERRY OF THE
NEW YORK CITY POLICE DEPARTMENT

                            Defendants.
-------------------------------------------------------------------- x

Civil Action No. 1:15-cv-9449 (AJN)

**STIPULATION FOR VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii) WITH PREJUDICE**

## STIPULATION FOR VOLUNTARY DISMISSAL WITH PREJUDICE PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)

Pursuant to F.R.C.P. 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the plaintiff Christine Alberto and her counsel, and the defendants The City of New York, Nicholas Estavillo, Michael Morales, and Conrad Perry by and through their undersigned counsel, hereby stipulate and agree that any and all Federal and State law claims arising out of the events alleged in the Amended Complaint in this matter that were asserted, or could have been asserted, on behalf of plaintiff Christine Alberto against defendants City of New York, Nicholas Estavillo, Michael Morales, and Conrad Perry, including their successors and assignees,

[REMAINDER OF THE PAGE INTENTIONALLY LEFT BLANK]

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: AUG 2 1 2017

and all past and present officials, employees, representatives and agents of the City of New York, are dismissed and discontinued with prejudice, and without costs, expenses, or attorneys' fees to either party.

Dated: August 16, 2017
New York, NY

| LAW OFFICES OF MONTELL FIGGINS<br>*Attorney for Plaintiff* | ZACHARY W. CARTER<br>Corporation Counsel of the City of New York<br>*Attorney for Defendants City, Morales, and Perry* |
|---|---|
| By: _____<br>Montell Figgins, Esq.<br>*Counsel for Plaintiff* | By: _____<br>Cherie N. Brown<br>*Assistant Corporation Counsel* |
| Law Offices of Montell Figgins<br>17 Academy St., Suite 305<br>Newark, NJ 07102<br>(973) 242-4700<br>figginslawoffice@gmail.com | Office of Corporation Counsel<br>Special Federal Litigation Division<br>100 Church Street<br>New York, New York 10007<br>(212) 356-5054<br>chebrown@law.nyc.gov |

SO ORDERED:

_____
HONORABLE ALISON J. NATHAN
United States District Judge

8/18/17