```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9.15.2017
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
Christine Alberto,

                      Plaintiff,

      -v-

Michael Morales, et al.,

                      Defendants.
-------------------------------------------------------------------X

15-cv-9449 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

      On December 2, 2015, Plaintiff Christine Alberto filed a complaint in the above-captioned case against Defendants Michael Morales, William Perry, "John Doe" officers, William J. Bratton, Fionnuala O'Doherty, Mireille Dee, Cyrus R. Vance, Jr., The New York County District Attorney's Office, and the City Of New York. Dkt. No. 1. On November 11, 2016, Plaintiff filed an amended complaint against only Defendants the City of New York, the New York Police Department, Michael Morales, Conrad Perry, and Nicholas Estavillo. Dkt. No. 61. When a plaintiff files an amended complaint that does not list all of the same defendants as the original complaint, the previously named defendants are deemed terminated from the action. *See, e.g., Berk v. City of New York*, No. 96-cv-1964, 2001 WL 1029401 (S.D.N.Y. Sept. 6, 2001). On August 21, 2017, Plaintiff and the Defendants named in the amended complaint stipulated to a voluntary dismissal with prejudice of all claims. Dkt. No. 81. The Clerk of the Court is therefore directed to close this case.

Dated: September 14, 2017
       New York, New York

*[signature]*

ALISON J. NATHAN
United States District Judge